**Order filed February 27, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00259-CR
_____

**ROBERT RAY MOORE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 184th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1489433**

## O R D E R

The clerk's record was filed May 1, 2017. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the following items:

1. Any signed order ruling on the Motion for New Trial, if any;
2. Motion for New Trial (filed on or about April 4, 2017), including all attachments, if any;

3. Motion for New Trial (filed on or about March 28, 2017), and its attachments: Exhibit A, Exhibit B, Exhibit C, Exhibit D, and Proposed Order;
4. Affidavit of Luro Taylor (filed on or about May 3, 2017);
5. Affidavit of Luro Taylor (filed on or about May 3, 2017); and
6. Affidavit of Robert Moore (filed on or about May 3, 2017).

The Harris County District Clerk is directed to file a supplemental clerk's record on or before March 6, 2019, containing the requested items.

If the omitted items are not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted items are not a part of the case file.

PER CURIAM